```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOSEPH E. FALARDO,                      :
                                        :    07 Civ. 09347 (VM)
               Plaintiff,               :
                                        :
     -against-                          :    ORDER
                                        :
NEW YORK CITY POLICE DEPARTMENT,        :
                                        :
               Defendant.               :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the Docket Sheet of this case the Court noted that defendant New York City Police Department was served with the summons and complaint herein on November 12 2007 and that an answer was due by December 2, 2007. The Court's public file for this case contains no record that such answer has been made. Accordingly, it is hereby

**ORDERED** that defendant City of New York Police Department is directed to answer the complaint herein by April 30, 2008, or to show cause why such answer has not been filed to date and cannot be made by the date indicated. In the event no timely response is made to this Order the Court may authorize plaintiff's request for entry of judgment by default.

**SO ORDERED.**

Dated:    New York, New York
          24 April 2008

                                        _____
                                                VICTOR MARRERO
                                                   U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-08
```